UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                                  Case No. 2:25−cr−20470−DPH−EAS
                                               Hon. Denise Page Hood

Jolyan Raeed Zahrah,

                    Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Jolyan Raeed Zahrah

The defendant(s) shall appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 218, Detroit, Michigan, for the following proceeding(s):

- PRETRIAL CONFERENCE:  August 5, 2025 at 04:00 PM
- JURY TRIAL:  August 19, 2025 at 09:30 AM
- The PLEA CUTOFF DEADLINE is August 5, 2025.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/L. Saulsberry
                                                             Case Manager

Dated:  July 17, 2025