UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                              Plaintiff        Honorable Denise Page Hood

-vs-

JOLYAN RAEED ZAHRAH,                   Case No 2:25-cr-20470


                              Defendant
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED ARTHUR JAY WEISS shall substitute as counsel for JOLYAN RAEED ZAHRAH, the Defendant in the above-entitled matter, in the place and stead of BARTON W MORRIS, Attorney at Law.


/s/ Barton W Morris (w/permission)      /s/ ARTHUR JAY WEISS
BARTON W MORRIS (P 78685)               ARTHUR JAY WEISS 25225)
Attorney at Law                         Attorney for Defendant
810 W Big Beaver Road                   30445 Northwestern Highway
Suite 600                               Suite 225
Troy, Michigan 48084                    Farmington Hills, Michigan 48334
(248)-541-2600                          (248) 855-5888
barton@bartonmorris.com                 arthurweiss@ajweisslaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                              Plaintiff       Honorable Denise Page Hood

-vs-

JOLYAN RAEED ZAHRAH,              Case No 2:25-cr-20470


                              Defendant
_____/


## ORDER GRANTING SUBSTITUTION OF COUNSEL

        WHEREAS, a Stipulation to said effect having been filed and the Court

being otherwise duly advised in these premises;

        IT IS HEREBY ORDERED that ARTHUR JAY WEISS shall Substitute

as Counsel for JOLYAN RAEED ZAHRAH, the Defendant in the above captioned

matter, in the place and stead of Barton W Morris, attorney at law.

                              s/Denise Page Hood
                              United States District Judge

Dated:  July 17, 2025

So Stipulated:

/s/ Barton W Morris (w/permission)      /s/ ARTHUR JAY WEISS

BARTON W MORRIS (P 78685)      ARTHUR JAY WEISS 25225)

Attorney at Law                Attorney for Defendant

810 W Big Beaver Road          30445 Northwestern Highway

Suite 600                      Suite 225

Troy, Michigan 48084           Farmington Hills, Michigan 48334

(248)-541-2600                 (248) 855-5888

barton@bartonmorris.com        arthurweiss@ajweisslaw.com