UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                              Case No. 25-cr-20470

v.

                              Hon. Denise Page Hood

Jolyan Raeed Zahrah,

        Defendant.

_____

### STIPULATION TO ADJOURN TRIAL DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

_____

The parties, by their respective counsel, stipulate that the final pretrial conference and trial dates be adjourned for approximately 90 days. The defendant was indicted on June 25, 2025. (ECF No. 15). The Court previously set trial in this matter for August 19, 2025. (ECF No. 19).

On July 17, 2025, Arthur Weiss substituted as the defendant's counsel of record for Barton Morris. The adjournment will allow the defense additional time to review discovery, consider motions, and engage in plea negotiations. The parties agree that such an adjournment serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because defense counsel needs time to review discovery with his client and to assess the viability of pretrial motions and to engage in plea negotiations. The parties agree, and ask the court to find, that the amount of time from August 19, 2025, and the new trial date of

November 18, 2025, be excluded, under 18 U.S.C. § 3161(h)(7)(A), from calculating the amount of time in which the defendant must be tried under the Speedy Trial Act.

**IT IS SO STIPULATED.**

Respectfully submitted,

| | |
|---|---|
| *s/Zachary A. Zurek* | *s/Arthur Weiss (w/consent)* |
| Zachary A. Zurek | Arthur Weiss |
| Assistant United States Attorney | 30445 Northwestern Hwy, Ste. 225 |
| 211 W. Fort Street, Suite 2001 | Farmington Hills, MI 48334 |
| Detroit, MI 48226 | (248) 855-5888 |
| (313) 226-9516 | arthurweiss@ajweisslaw.com |
| Zachary.Zurek2@usdoj.gov | |

Date:  August 4, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                                                          Case No. 25-cr-20470

v.

                                                          Hon. Denise Page Hood

Jolyan Raeed Zahrah,

        Defendant.

## ORDER ADJOURNING THE PLEA CUT-OFF AND TRIAL DATES AND FINDING EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

**IT IS SO ORDERED**: The dates in this matter are rest as follows:

The plea cutoff/ final pretrial conference is reset for November 6, 2025, at 2:00 p.m.;

The jury trial is reset for November 18, 2025, at 9:30 a.m.

IT IS FURTHER ORDERED that the time between August 19, 2025 and November 18, 2025, is excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because considering the factors in 18 U.S.C. § 3161(h)(7)(B) along with the parties' stipulation that the adjournment will provide additional time to review discovery, contemplate pretrial motions, and engage in plea negotiations, the Court finds that the ends of justice served by this delay outweigh the best interest of the defendant and the public in a speedy trial.

                                                    s/Denise Page Hood
Dated:  August 4, 2025                   United States District Judge